**NATIONAL BUILDERS SUPPLY COMPANY v. SIDNEY PEPPER, doing business as United Plumbing Supply Company.**

19 So. (2nd) 509
October 17, 1944
Rehearing denied November 2, 1944

June Term, 1944
Division B

*O. S. Miller,* for petitioner.

*Elmore Cohen,* for respondent.

PER CURIAM:

Upon granting a petition for certiorari the court heard arguments of counsel, considered the record and studied the briefs. Being, therefore, advised in the premises, it is ordered that the writ of certiorari heretofore granted be, and the same is hereby, quashed.

Respondent's petition for award of attorney's fees for representation in the appeal to the circuit court and in the proceedings in this court is denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

19 So. (2nd) 469            June Term, 1944
October 17, 1944                Division B